IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF DELAWARE, :<br><br>Plaintiffs, :<br><br>v. :<br><br>E.I. DU PONT DE NEMOURS AND COMPANY and CIBA SPECIALTY CHEMICALS CORPORATION, :<br><br>Defendants. : | Civil Action No. 06- |

**UNITED STATES' NOTICE OF LODGING OF CONSENT DECREE**

The United Slates is lodging with this Notice a proposed Consent Decree agreed to by the parties. Pursuant to its terms, the proposed Consent Decree may not be entered until after a thirty (30) day public comment period following publication of a notice in the Federal Register. Upon expiration of that comment period, the United States will notify the Court, in light of any comments received, whether it believes that entry of the proposed Consent Decree is appropriate.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _/s/ Douglas E. McCann_
Douglas E. McCann (#3852)
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

DATED:    September 29, 2006