

U.S. Department of Justice

United States Attorney's Office
District of Delaware

*1007 Orange Street, Suite 700*
*P.O. Box 2046*                               *(302) 573-6277*
*Wilmington, Delaware 19899-2046*              *FAX (302) 573-6220*

January 5, 2007

**BY CM/ECF**

Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

      Re:      **United States et al., v. E.I. Dupont de Nemours & Co., et al.,**
              **Civil Action No. 06-612 \*\*\***

Dear Chief Judge Robinson:

      This action was assigned to the Honorable Kent A. Jordan prior to his elevation to the Court of Appeals. The parties previously lodged a consent decree with the Court, and the plaintiffs have today filed a motion asking that the consent decree be entered. The case is now assigned to the vacant judgeship, and is referred to the United States Magistrate Judge. Because the proposed consent decree addresses forms of injunctive relief, the government is concerned that the Magistrate Judge may lack the statutory authority to enter, and, if necessary, enforce the decree in view of the language found in 28 U.S.C. § 636(b)(1)(A). The government respectfully requests that the matter be re-assigned to a District Judge for consideration of the entry of the consent decree

Letter to Honorable Sue L. Robinson
January 5, 2007
Page 2

      The government is available at the Court's convenience to answer any questions the Court may have.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY
                                          United States Attorney

                            BY: _____
                                          Douglas E. McCann
                                          Assistant United States Attorney

cc:    Dr. Peter T. Dalleo (By CM/ECF)
        Robert S. Kuehl, Esquire (By First Class Mail)
        Pamela Meitner, Esquire (By First Class Mail)
        F. Michael Parkowski, Esquire (By First Class Mail)